# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157002

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 157002
COA: 333727
Monroe CC: 16-242523-FH

VINCENT JUNIOR HUDSON,
      Defendant-Appellant.

_____/

      By order of April 26, 2018, the prosecuting attorney was directed to answer the application for leave to appeal the December 19, 2017 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2018



Clerk

p1024